UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | **COMPLAINT TO REDUCE TAX** |
| v. | ) | **ASSESSMENTS TO JUDGMENT** |
| | ) | **AND FORECLOSE FEDERAL TAX** |
| PERCY F. NEWBY, | ) | **LIENS** |
| LAWN LIMITED, | ) | |
| MGMT LIMITED, | ) | |
| CHURCH OF GOD AND APOSTLES, and | ) | |
| THURSTON COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America hereby complains and alleges as follows:

## INTRODUCTION

1.      This is a civil action by the United States to (1) reduce to judgment federal

income tax assessments against Percy F. Newby for the years 2002 to 2006; (2) foreclose federal

tax liens on the real property located at 15011 119th Way SE, Yelm, Washington 98597 (the

"119th Way Property"), which the United States alleges is held in the names of Lawn Limited or

MGMT Limited as the nominees, alter egos, and/or fraudulent transferees of Percy F. Newby;

and (3) foreclose federal tax liens on the real property located at 22306 Thompson Creek Road

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

1   SE, Tenino, Washington 98589 (the "Thompson Creek Property"), which the United States

2   alleges is held in the names of Lawn Limited or Church of God and Apostles as the nominees,

3   alter egos, and/or fraudulent transferees of Percy F. Newby.

4   **JURISDICTION AND VENUE**

5   2.      This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403 at the

6   direction of the Attorney General of the United States and at the request and with the

7   authorization of the Chief Counsel of the Internal Revenue Service ("IRS"), a duly authorized

8   delegate of the Secretary of the Treasury.

9   3.      The Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28

10  U.S.C. §§ 1340 and 1345.

11  4.      Venue is proper in the Western District of Washington under 28 U.S.C. §§

12  1391(b) and 1396. The tax liabilities at issue accrued in this district, the real properties at issue

13  are located within this district, and, upon information and belief, Percy F. Newby resides within

14  this district.

15  **DEFENDANTS**

16  5.      Percy F. Newby ("Newby") is named as a defendant because he has unpaid

17  federal tax liabilities for which the United States seeks a judgment.

18  6.      Lawn Limited is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it

19  may claim an interest in the real properties at issue.

20  7.      MGMT Limited, also known as MGMT, is named as a defendant pursuant to 26

21  U.S.C. § 7403(b) because it may claim an interest in the real properties at issue.

22

23

24

U.S. Complaint
(Case No. )

2

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

8.     Church of God and Apostles, also known as Church of Apostles Ministry or CGAM, is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the real properties at issue.

9.     Thurston County is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the real properties at issue.

## BACKGROUND

10.     Newby has a history of failing to comply with internal revenue laws and refusing to cooperate with the IRS.

11.     Newby has claimed he is "not subject to the jurisdiction" of the IRS and has categorically refused to pay federal income taxes.

12.     Newby has not filed a federal income tax return since 1996.

13.     Newby has used nominee / alter-ego entities to conceal his income and assets from the IRS, and to pay personal expenses such as bills.

14.     Newby has been involved with numerous tax-avoidance schemes.

15.     Newby has used private mailboxes to hide his true residential location.

16.     Newby has dealt substantially in currency.

17.     Newby did not file federal income tax returns for the years 2002 to 2006.

18.     During 2002 to 2006, Newby received wages from HOS Brothers Construction, Inc. and MidMountain Contractors, Inc.

19.     Newby filed false Forms W-4 (Employee's Withholding Allowance Certificate) with HOS Brothers Construction, Inc. and MidMountain Contractors, Inc., claiming that he did not need federal income tax withheld from his wages.

U.S. Complaint
(Case No. )

3

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

20.     During 2002 to 2006, Newby earned income from self-employed business activities conducted through various entities he controlled, including Venture Investments, Inc., Management First, Inc. (or First Management, Inc.), Gemini Services, Phenix Institute, www.reversecontrol.org, First Option, 1st Option, First Option, Inc., and TimeShare Toys.

21.     Newby's self-employed business activities consisted, at least in part, of promoting tax-avoidance schemes.

22.     Newby funneled income and assets through bank accounts in the names of the entities listed in paragraph 20.

23.     Newby did not report his wages or self-employment income to the IRS.

24.     Between 2002 and 2006, Newby used Church of God and Apostles to pay his personal expenses, which constituted taxable income to him.

## NOMINEE / ALTER EGO ENTITIES

25.     Lawn Limited is an unregistered entity created, owned, and controlled by Newby.

26.     Newby holds himself out as the "trustee" or "agent" of Lawn Limited.

27.     Lawn Limited's address is the 119th Way Property.

28.     Newby uses Lawn Limited to hide ownership of his assets.

29.     MGMT Limited is a Washington corporation.

30.     MGMT Limited was formed on December 9, 2010.

31.     Initially, MGMT Limited was controlled by Wayne Rowland.

32.     Upon information and belief, Wayne Rowland was Newby's associate or friend. Rowland also subscribed to tax-defier beliefs.

33.     The initial officers of MGMT Limited were Wayne Rowland, Wayne Goss, and Kenneth Wayne.

U.S. Complaint
(Case No. )

4

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

34.     Kenneth Wayne is an alias for Kenneth Wayne Learning, who was convicted of filing false liens against federal officials and is currently incarcerated.

35.     Wayne Rowland died in December 2014.

36.     In 2014, Newby assumed ownership and control of MGMT Limited.

37.     Since 2014, Newby has been the president, secretary, and chairman of the board of MGMT Limited.

38.     Since 2014, MGMT Limited's address has been the 119th Way Property.

39.     Newby uses MGMT Limited to hide ownership of his assets.

40.     Church of God and Apostles is an unregistered entity located in Washington.

41.     Church of God and Apostles was apparently created on June 2, 2004, when a "Certification of Execution of an Unincorporated Organized Self Supported Christian Church Ministry" was recorded with the Thurston County Auditor.

42.     Upon information and belief, Church of God and Apostles was initially controlled by Wayne Rowland, Newby, and others.

43.     Newby was a signatory on bank accounts opened in the name of Church of God and Apostles. Newby used a false Social Security Number on his bank signature card.

44.     Newby assumed full ownership and control of Church of God and Apostles no later than 2014.

45.     Newby holds himself out as a "director" of Church of God and Apostles.

46.     Church of God and Apostles' address is a post office box used by Newby, P.O. Box 100, Rainier, Washington 98576.

47.     Church of God and Apostles is not a genuine church or religious organization.

48.     Newby uses Church of God and Apostles to hide ownership of his assets.

U.S. Complaint
(Case No. )

5

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

**THE 119TH WAY PROPERTY**

49.     The 119th Way Property consists of Thurston County Parcel No. 54850001700, located at 15011 119th Way SE, Yelm, Washington 98597 and legally described as:

> Section 36 Township 17 Range 1E Plat Hobby Acres DIV 3LT 17 Document 016/033, located in the county of Thurston and commonly known as 15011 119th Way SE, Yelm, WA 98597.

50.     The 119th Way Property is a 3-acre residential parcel with a storage shed and pole building, but no fixed residential structure.

51.     On July 18, 2011, a Real Estate Contract was recorded with the Thurston County Auditor under which Fred Overstreet agreed to sell the 119th Way Property to MGMT Limited for $65,000.

52.     When Newby assumed control of MGMT Limited in 2014, he also assumed MGMT Limited's obligation to pay the purchase price under the Real Estate Contract for the 119th Way Property.

53.     Newby made multiple payments to Fred Overstreet under the Real Estate Contract for the 119th Way Property.

54.     On April 24, 2017, a Quit Claim Deed was recorded with the Thurston County Auditor under which Fred Overstreet conveyed the 119th Way Property to MGMT Limited. A Notice of Satisfaction of Real Estate Contract was attached, indicating the Real Estate Contract recorded on July 18, 2011 had been satisfied.

55.     On June 11, 2018, a Quit Claim Deed was recorded with the Thurston County Auditor under which MGMT Limited conveyed the 119th Way Property to Lawn Limited for no consideration.

56.     Newby currently resides in a trailer located on the 119th Way Property.

U.S. Department of Justice
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

1    57.    Newby currently operates a business that sells creams and lotions on the 119th

2    Way Property.

3    58.    Newby has operated a business that sells bottled water, and a business that

4    provides administration and business support services, on the 119th Way Property.

5    59.    From 2015 to the present, Newby has used MGMT Limited, Church of God and

6    Apostles, and Silverwater Company (another entity created, owned, and controlled by Newby) to

7    pay the real property taxes for the 119th Way Property.

8                            **THE THOMPSON CREEK PROPERTY**

9    60.    The Thompson Creek Property consists of Thurston County Parcel No.

10   21519340000, located at 22306 Thompson Creek Road SE, Tenino, Washington 98589 and

11   legally described as:

12       Parcel A of Boundary Line Adjustment No. BLA-1832 as recorded August 14,
         1996 under Auditor's File Nos. 3046345 and 3046346 in Thurston County,
13       Washington.

14       Abbreviated Legal Description: Section 19 Township 15 Range 1E Quarter SE
         SW & SW SE BLA-1832 TR A Document 3046346.
15

16   61.    The Thompson Creek Property is a rural 42-acre parcel with a small cabin.

17   62.    On March 28, 2000, a Statutory Warranty Deed was recorded with the Thurston

18   County Auditor under which Cascade Trader, Inc. conveyed the Thompson Creek Property to

19   Wayne Rowland.

20   63.    On August 27, 2014, a "Real Property Bill of Exchange Agreement and Contract"

21   was recorded with the Thurston County Auditor under which Wayne Rowland conveyed the

22   Thompson Creek Property to Church of God and Apostles for $80,000. Newby signed the Real

23   Property Bill of Exchange Agreement and Contract as a director of Church of God and Apostles.

24

U.S. Complaint                              7              **U.S. Department of Justice**
(Case No. )                                                Tax Division, Western Region
                                                           P.O. Box 683
                                                           Washington, D.C.  20044
                                                           Telephone: 202-307-6547

64.     A signed Warranty Deed was attached to the Real Property Bill of Exchange Agreement and Contract, and confirmed Wayne Rowland was conveying the Thompson Creek Property to Church of God and Apostles for $80,000.

65.     Upon information and belief, Newby made payments to Rowland through Church of God and Apostles, pursuant to the Real Property Bill of Exchange Agreement and Contract for the Thompson Creek Property.

66.     On January 8, 2015, a Notice of Satisfaction of Promissory Note was recorded with the Thurston County Auditor, indicating that Church of God and Apostles had fully paid the $80,000 purchase price for the Thompson Creek Property. Wayne Rowland had signed the document on November 26, 2014, shortly before his death.

67.     On June 11, 2018, a Quit Claim Deed was recorded with the Thurston County Auditor under which Church of God and Apostles conveyed the Thompson Creek Property to Lawn Limited for no consideration.

68.     From 2015 to the present, Newby has used Church of God and Apostles and MGMT Limited to pay the real property taxes for the Thompson Creek Property.

## FEDERAL TAX LIABILITIES AND LIENS

69.     After an examination, a duly authorized delegate of the Secretary of the Treasury timely assessed federal income taxes (Form 1040), penalties, and interest against Percy F. Newby as follows:

| Tax Year | Assessment Date | Assessment Amount | | Unpaid Balance as of Nov. 12, 2018[1] |
|------|------------|-------------------|-----------|----------------|
| 2002 | 12-01-2008 | Income Taxes: | $22,175.00 | $87,484.93 |

[1] The unpaid balance amounts in paragraph 69 include taxes, penalties, interest, payments, credits, and other adjustments through November 12, 2018.

U.S. Complaint
(Case No. )

8

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

| Tax Year | Assessment Date | Assessment Amount | | Unpaid Balance as of Nov. 12, 2018[1] |
|---|---|---|---|---|
| | 12-01-2008 | Late Payment Penalty: | $5,543.75 | |
| | 12-01-2008 | Fraudulent Late Filing Penalty: | $16,076.88 | |
| | 12-01-2008 | Estimated Tax Penalty: | $741.03 | |
| | 12-01-2008 | Interest: | $15,933.31 | |
| | 10-19-2009 | Fees and Collection Costs: | $18.00 | |
| | 11-04-2013 | Interest: | $11,762.33 | |
| | 11-03-2014 | Interest: | $2,194.14 | |
| | 11-09-2015 | Interest: | $2,304.92 | |
| | 11-07-2016 | Interest: | $2,804.10 | |
| | 11-20-2017 | Interest: | $3,363.15 | |
| | 07-09-2018 | Fees and Collection Costs: | $198.00 | |
| | 09-17-2018 | Fees and Collection Costs: | $594.00 | |
| | 09-17-2018 | Fees and Collection Costs: | $444.00 | |
| | 10-29-2018 | Fees and Collection Costs: | $248.00 | |
| 2003 | 12-01-2008 | Income Taxes: | $18,235.00 | $68,307.62 |
| | 12-01-2008 | Late Payment Penalty: | $4,558.75 | |
| | 12-01-2008 | Fraudulent Late Filing Penalty: | $13,220.38 | |
| | 12-01-2008 | Estimated Tax Penalty: | $470.49 | |
| | 12-01-2008 | Interest: | $11,137.95 | |
| | 11-04-2013 | Interest: | $9,261.21 | |
| | 11-03-2014 | Interest: | $1,727.48 | |
| | 11-09-2015 | Interest: | $1,814.69 | |
| | 11-07-2016 | Interest: | $2,207.71 | |
| | 11-20-2017 | Interest: | $2,647.86 | |
| 2004 | 12-01-2008 | Income Taxes: | $12,664.00 | $44,012.69 |
| | 12-01-2008 | Late Payment Penalty: | $2,698.08 | |
| | 12-01-2008 | Fraudulent Late Filing Penalty: | $8,891.40 | |
| | 12-01-2008 | Estimated Tax Penalty: | $350.16 | |
| | 12-01-2008 | Interest: | $6,153.88 | |
| | 10-31-2011 | Late Payment Penalty: | $367.92 | |
| | 11-04-2013 | Interest: | $5,926.54 | |
| | 11-03-2014 | Interest: | $1,113.07 | |
| | 11-09-2015 | Interest: | $1,169.26 | |
| | 11-07-2016 | Interest: | $1,422.49 | |
| | 11-20-2017 | Interest: | $1,706.09 | |
| 2005 | 12-01-2008 | Income Taxes: | $1,845.00 | $6,155.09 |
| | 12-01-2008 | Late Payment Penalty: | $295.20 | |
| | 12-01-2008 | Fraudulent Late Filing Penalty: | $1,337.63 | |
| | 12-01-2008 | Interest: | $665.73 | |
| | 10-31-2011 | Late Payment Penalty: | $166.04 | |
| | 11-04-2013 | Interest: | $816.11 | |
| | 11-03-2014 | Interest: | $155.66 | |
| | 11-09-2015 | Interest: | $163.52 | |
| | 11-07-2016 | Interest: | $198.93 | |

U.S. Department of Justice
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

| Tax Year | Assessment Date | Assessment Amount | | Unpaid Balance as of Nov. 12, 2018[1] |
|---|---|---|---|---|
| | 11-20-2017 | Interest: | $238.60 | |
| 2006 | 12-01-2008 | Income Taxes: | $6,869.00 | $21,776.18 |
| | 12-01-2008 | Late Payment Penalty: | $686.90 | |
| | 12-01-2008 | Fraudulent Late Filing Penalty: | $4,980.02 | |
| | 12-01-2008 | Estimated Tax Penalty: | $325.06 | |
| | 12-01-2008 | Interest: | $1,404.68 | |
| | 10-31-2011 | Late Payment Penalty: | $1,030.34 | |
| | 11-04-2013 | Interest: | $2,838.31 | |
| | 11-03-2014 | Interest: | $550.71 | |
| | 11-09-2015 | Interest: | $578.52 | |
| | 11-07-2016 | Interest: | $703.81 | |
| | 11-20-2017 | Interest: | $844.12 | |
| | | | **TOTAL:** | **$227,736.51** |

70.     Since the dates of assessments described in paragraph 69 above, interest and other statutory additions have accrued and will continue to accrue as provided by law. As of November 12, 2018, Newby owes $227,736.51 in federal income tax liabilities for the years 2002 to 2006.

71.     Despite timely notice and demand for payment of the assessed sums described in paragraph 69 above, Newby has refused or neglected to pay the assessed amounts to the United States. Therefore, pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens arose in favor of the United States upon all property and rights to property belonging to Newby as of the date of each assessment.

72.     In order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded the following Notices of Federal Tax Lien ("NFTL") naming Percy F. Newby as the taxpayer:

| Location of Filing | Kind of Tax | Tax Years | Filing Date |
|---|---|---|---|
| Thurston County Auditor | 1040 | 2002, 2003, 2004, 2005, 2006 | 06-19-2018 |
| Washington Department of Licensing | 1040 | 2002, 2003, 2004, 2005, 2006 | 06-20-2018 |

U.S. Complaint
(Case No. )

10

| Washington Department of Licensing | 1040 | 2002, 2003, 2004, 2005, 2006 | 10-09-2018 (refiled NFTL) |
| Thurston County Auditor | 1040 | 2002, 2003, 2004, 2005, 2006 | 10-10-2018 (refiled NFTL) |

73.     In order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded the following NFTLs naming Lawn Limited, as a nominee of Percy F. Newby, as the taxpayer, and specifying that the liens attached to the 119th Way Property:

| Location of Filing | Kind of Tax | Tax Years | Filing Date |
| --- | --- | --- | --- |
| Thurston County Auditor | 1040 | 2002, 2003, 2004, 2005, 2006 | 08-21-2018 |
| Thurston County Auditor | 1040 | 2002, 2003, 2004, 2005, 2006 | 11-14-2018 (refiled NFTL) |

74.     In order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded the following NFTLs naming Lawn Limited, as a nominee of Percy F. Newby, as the taxpayer, and specifying that the liens attached to the Thompson Creek Property:

| Location of Filing | Kind of Tax | Tax Years | Filing Date |
| --- | --- | --- | --- |
| Thurston County Auditor | 1040 | 2002, 2003, 2004, 2005, 2006 | 08-21-2018 |
| Thurston County Auditor | 1040 | 2002, 2003, 2004, 2005, 2006 | 11-14-2018 (refiled NFTL) |

75.     In order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded the following NFTLs naming Lawn Limited, as an alter ego of Percy F. Newby, as the taxpayer:

U.S. Complaint
(Case No. )

11

| Location of Filing | Kind of Tax | Tax Years | Filing Date |
|---|---|---|---|
| Thurston County Auditor | 1040 | 2002, 2003, 2004, 2005, 2006 | 08-21-2018 |
| Thurston County Auditor | 1040 | 2002, 2003, 2004, 2005, 2006 | 11-14-2018 (refiled NFTL) |

## FIRST CLAIM FOR RELIEF:
## REDUCE TO JUDGMENT FEDERAL INCOME TAX ASSESSMENTS AGAINST PERCY F. NEWBY FOR YEARS 2002-2006

76.     The United States incorporates the allegations stated in paragraphs 1 to 75.

77.     The IRS timely assessed federal income taxes, interest, and penalties against Percy F. Newby for the years 2002 to 2006, as described in paragraph 69.

78.     Despite timely notice and demand for payment of the assessments set forth in paragraph 69, Newby has neglected, failed, or refused to pay the assessed amounts to the United States.

79.     Accordingly, the United States has established a claim against Newby for unpaid federal income tax liabilities in the amount of $227,736.51 as of November 12, 2018, plus interest and other statutory additions accruing thereafter as provided by law.

80.     Under 26 U.S.C. § 7402(a), the United States is entitled to judgment against Newby for the unpaid balance of the tax assessments for the years 2002 to 2006 described in paragraph 69, *i.e.*, $227,736.51, as of November 12, 2018, plus interest and other statutory additions accruing to the date of payment.

## SECOND CLAIM FOR RELIEF:
## FORECLOSE FEDERAL TAX LIENS ON THE 119TH WAY PROPERTY

81.     The United States incorporates the allegations stated in paragraphs 1 to 80.

U.S. Complaint
(Case No. )

12

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

82.     Under 26 U.S.C. §§ 6321 and 6322, federal tax liens arose on the dates of the assessments set forth in paragraph 69, and attached to all property and rights to property of Percy F. Newby, including the 119th Way Property.

83.     Newby acquired an interest in the 119th Way Property in 2014, when he assumed ownership and control of MGMT Limited and began making payments to Fred Overstreet under the Real Estate Contract recorded on July 18, 2011 (described in paragraphs 51 to 53).

84.     Newby effectively acquired title to the 119th Way Property under the Quit Claim Deed to MGMT Limited recorded on April 24, 2017 (described in paragraph 54).

85.     Newby caused MGMT Limited to transfer the 119th Way Property to Lawn Limited for no consideration under the Quit Claim Deed recorded on June 11, 2018 (described in paragraph 55).

86.     Newby had the 119th Way Property titled to MGMT Limited and Lawn Limited to conceal his true ownership of the property.

87.     MGMT Limited and Lawn Limited hold any interest in the 119th Way Property solely as the nominees, alter egos, and/or fraudulent transferees of Newby.

88.     MGMT Limited and Lawn Limited paid little or no consideration, independent of Newby, for the transfers of interest in the 119th Way Property.

89.     Newby placed the 119th Way Property in the names of MGMT Limited and Lawn Limited in anticipation of litigation or other liabilities.

90.     The June 11, 2018 Quit Claim Deed described in paragraph 55 was recorded only a few weeks after the IRS informed Newby it would be levying his assets to pay his delinquent federal income tax liabilities.

U.S. Complaint
(Case No. )

13

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

1   91. There is a close relationship between Newby, MGMT Limited, and Lawn

2 Limited.

3   92. Newby retained possession and control of the 119th Way Property after the

4 transfers of interest to MGMT Limited and Lawn Limited.

5   93. Newby continued to use and enjoy the benefits of the 119th Way Property after

6 the transfers of interest to MGMT Limited and Lawn Limited.

7   94. The transfers of interest in the 119th Way Property to MGMT Limited and Lawn

8 Limited should be set aside under the Washington Uniform Voidable Transactions Act, RCW

9 § 19.40.011, *et seq.*, or its predecessor, the Washington Uniform Fraudulent Transfer Act, RCW

10 § 19.40.011, *et seq.* (for transfers made before July 23, 2017), because they were made with the

11 actual intent to hinder, delay, or defraud the United States and/or other creditors.

12   95. The transfers of interest in the 119th Way Property to MGMT Limited and Lawn

13 Limited should be set aside under the Washington Uniform Voidable Transactions Act, RCW

14 § 19.40.011, *et seq.*, or its predecessor, the Washington Uniform Fraudulent Transfer Act, RCW

15 § 19.40.011, *et seq.* (for transfers made before July 23, 2017), because Newby did not receive a

16 reasonably equivalent value in exchange, and (a) intended to incur, or believed or reasonably

17 should have believed that he would incur, debts beyond his ability to pay, or (b) was insolvent at

18 the time of the transfer(s) or became insolvent as a result of the transfer(s).

19   96. MGMT Limited and Lawn Limited have no independent claim or interest in the

20 119th Way Property apart from Newby, and to the extent they assert any such claim or interest, it

21 is meritless and fraudulent and does not impact the attachment of federal tax liens.

22   97. Accordingly, the United States' federal tax liens attach to the 119th Way Property

23 notwithstanding the transfers of title to MGMT Limited and Lawn Limited.

24

U.S. Complaint
(Case No. )

14

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6547

98. The United States provided notice to third parties entitled to notice of the statutory tax liens under 26 U.S.C. § 6323 by filing Notices of Federal Tax Lien as described in paragraphs 72 to 75.

99. The United States' federal tax liens have priority over all interests in the 119th Way Property acquired after the attachment of the liens, subject to 26 U.S.C. § 6323.

100. Under 26 U.S.C. § 7403, the United States is entitled to enforce its federal tax liens against the 119th Way Property by foreclosing upon and selling the property, and applying an appropriate portion of the net proceeds toward Newby's unpaid federal tax liabilities.

### THIRD CLAIM FOR RELIEF:
### FORECLOSE FEDERAL TAX LIENS ON THE THOMPSON CREEK PROPERTY

101. The United States incorporates the allegations stated in paragraphs 1 to 100.

102. Under 26 U.S.C. §§ 6321 and 6322, federal tax liens arose on the dates of the assessments set forth in paragraph 69, and attached to all property and rights to property of Percy F. Newby, including the Thompson Creek Property.

103. Newby acquired an interest in the Thompson Creek Property in 2014, when he used Church of God and Apostles to enter into a real estate contract to purchase the property (described in paragraphs 63 to 65).

104. Newby effectively acquired title to the Thompson Creek Property under the Warranty Deed to Church of God and Apostles recorded on August 27, 2014 (described in paragraph 64).

105. Newby caused Church of God and Apostles to transfer the Thompson Creek Property to Lawn Limited for no consideration under the Quit Claim Deed recorded on June 11, 2018 (described in paragraph 67).

U.S. Complaint
(Case No. )

15

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

106.    Newby had the Thompson Creek Property titled to Church of God and Apostles and Lawn Limited to conceal his true ownership of the property.

107.    Church of God and Apostles and Lawn Limited hold any interest in the Thompson Creek Property solely as the nominees, alter egos, and/or fraudulent transferees of Newby.

108.    Church of God and Apostles and Lawn Limited paid little or no consideration, independent of Newby, for the transfers of interest in the Thompson Creek Property.

109.    Newby placed the Thompson Creek Property in the names of Church of God and Apostles and Lawn Limited in anticipation of litigation or other liabilities.

110.    The June 11, 2018 Quit Claim Deed described in paragraph 67 was recorded only a few weeks after the IRS informed Newby it would be levying his assets to pay his delinquent federal income tax liabilities.

111.    There is a close relationship between Newby, Church of God and Apostles, and Lawn Limited.

112.    Newby retained possession and control of the Thompson Creek Property after the transfers of interest to Church of God and Apostles and Lawn Limited.

113.    Newby continued to use and enjoy the benefits of the Thompson Creek Property after the transfers of interest to Church of God and Apostles and Lawn Limited.

114.    The transfers of interest in the Thompson Creek Property to Church of God and Apostles and Lawn Limited should be set aside under the Washington Uniform Voidable Transactions Act, RCW § 19.40.011, *et seq.*, or its predecessor, the Washington Uniform Fraudulent Transfer Act, RCW § 19.40.011, *et seq.* (for transfers made before July 23, 2017),

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

because they were made with the actual intent to hinder, delay, or defraud the United States and/or other creditors.

115.    The transfers of interest in the Thompson Creek Property to Church of God and Apostles and Lawn Limited should be set aside under the Washington Uniform Voidable Transactions Act, RCW § 19.40.011, *et seq.*, or its predecessor, the Washington Uniform Fraudulent Transfer Act, RCW § 19.40.011, *et seq.* (for transfers made before July 23, 2017), because Newby did not receive a reasonably equivalent value in exchange, and (a) intended to incur, or believed or reasonably should have believed that he would incur, debts beyond his ability to pay, or (b) was insolvent at the time of the transfer(s) or became insolvent as a result of the transfer(s).

116.    Church of God and Apostles and Lawn Limited have no independent claim or interest in the Thompson Creek Property apart from Newby, and to the extent they assert any such claim or interest, it is meritless and fraudulent and does not impact the attachment of federal tax liens.

117.    Accordingly, the United States' federal tax liens attach to the Thompson Creek Property notwithstanding the transfers of title to Church of God and Apostles and Lawn Limited.

118.    The United States provided notice to third parties entitled to notice of the statutory tax liens under 26 U.S.C. § 6323 by filing Notices of Federal Tax Lien as described in paragraphs 72 to 75.

119.    The United States' federal tax liens have priority over all interests in the Thompson Creek Property acquired after the attachment of the liens, subject to 26 U.S.C. § 6323.

120.    Under 26 U.S.C. § 7403, the United States is entitled to enforce its federal tax liens against the Thompson Creek Property by foreclosing upon and selling the property, and

U.S. Complaint
(Case No. )

17

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

1  applying an appropriate portion of the net proceeds toward Newby's unpaid federal tax

2  liabilities.

3         WHEREFORE, the United States prays as follows:

4         A.     That the Court determine and adjudge that Percy F. Newby is indebted to the

5  United States for unpaid federal income tax liabilities for the years 2002 to 2006 in the amount

6  of $227,736.51, plus interest and other statutory additions accruing from November 12, 2018 as

7  provided by law, or in such amount as the Court determines, and that judgment in that amount be

8  entered against Percy F. Newby and in favor of the United States;

9         B.     That the Court determine, adjudge, and decree that the United States has valid and

10  subsisting federal tax liens on all property and rights to property of Percy F. Newby, including

11  but not limited to, the 119th Way Property and the Thompson Creek Property;

12         C.     That the Court determine that Lawn Limited holds any claim or interest in the

13  119th Way Property or the Thompson Creek Property as the nominee, alter ego, and/or

14  fraudulent transferee of Percy F. Newby;

15         D.     That the Court determine that MGMT Limited holds any claim or interest in the

16  119th Way Property as the nominee, alter ego, and/or fraudulent transferee of Percy F. Newby;

17         E.     That the Court determine that Church of God and Apostles holds any claim or

18  interest in the Thompson Creek Property as the nominee, alter ego, and/or fraudulent transferee

19  of Percy F. Newby;

20         F.     That the Court determine that Lawn Limited, MGMT Limited, and Church of God

21  and Apostles have no independent claim to the 119th Way Property or the Thompson Creek

22  Property, or to any sale proceeds therefrom;

23

24

U.S. Complaint
(Case No. )

18

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

G.      That the Court determine the interests of Percy F. Newby and all other named

Defendants in the 119th Way Property and the Thompson Creek Property, and the parties'

respective priorities in a distribution of proceeds from the sales of such properties;

H.      That the federal tax liens against Percy F. Newby be foreclosed upon the 119th

Way Property and the Thompson Creek Property, that the properties be sold under 26 U.S.C.

§ 7403 and 28 U.S.C. § 2001, and that the sale proceeds be distributed in accordance with the

Court's findings as to the validity and priority of the liens and claims of all parties, with an

appropriate portion of the proceeds going to the United States for application toward the unpaid

federal tax liabilities of Percy F. Newby; and

I.      That the United States be granted its costs and attorney's fees herein, and such

other and further relief as the Court deems just and proper.


Dated: November 28, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Jennifer Y. Golden
JENNIFER Y. GOLDEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
Tel:  202-307-6547
Fax: 202-307-0054
Jennifer.Y.Golden@usdoj.gov

Of Counsel:
ANNETTE L. HAYES
United States Attorney
Western District of Washington

*Attorneys for the United States of America*

U.S. Complaint
(Case No. )

19

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jennifer Y. Golden, U.S. Department of Justice, Tax Division, P.O. Box 683, Ben Franklin Station, Washington, DC 20044, (202) 307-6547

## DEFENDANTS

Percy F. Newby; Lawn Limited; MGMT Limited; Church of God and Apostles; Thurston County

County of Residence of First Listed Defendant    Thurston
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions<br><br>**FEDERAL TAX SUITS**<br>☒ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 7403

Brief description of cause:
reduce federal tax assessments to judgment and foreclose federal tax liens

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $   227,736.51

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   11/28/2018

SIGNATURE OF ATTORNEY OF RECORD   /s/ Jennifer Y. Golden

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Percy F. Newby, Lawn Limited, MGMT Limited, Church of God and Apostles, and Thurston County | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Percy F. Newby
15011 119th Way SE
Yelm, WA 98597

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Percy F. Newby, Lawn Limited, MGMT Limited, | ) | |
| Church of God and Apostles, and Thurston County | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lawn Limited
c/o Percy F. Newby, Managing Agent, General Agent, and/or Trustee
15011 119th Way SE
Yelm, WA 98597

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Percy F. Newby, Lawn Limited, MGMT Limited, | ) |
| Church of God and Apostles, and Thurston County | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MGMT Limited
c/o Percy F. Newby, President and Secretary
c/o Percy F. Newby, Representative of Orion Corporation, Registered Agent
15011 119th Way SE
Yelm, WA 98597

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:        Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Percy F. Newby, Lawn Limited, MGMT Limited, | ) |
| Church of God and Apostles, and Thurston County | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Church of God and Apostles
c/o Percy F. Newby, Director
15011 119th Way SE
Yelm, WA 98597

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Percy F. Newby, Lawn Limited, MGMT Limited, | ) |
| Church of God and Apostles, and Thurston County | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thurston County
c/o County Auditor
Auditor Main Office
2000 Lakeridge Dr. SW
Building 1
Olympia, WA 98502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Y. Golden
U.S. Department of Justice, Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: