Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PERCY F. NEWBY,<br>LAWN LIMITED,<br>MGMT LIMITED,<br>CHURCH OF GOD AND APOSTLES, and<br>THURSTON COUNTY,<br><br>    Defendants. | Case No. 3:18-cv-05978-MJP<br><br>**ORDER TO DISBURSE REGISTRY FUNDS REGARDING THOMPSON CREEK PROPERTY** |

The United States has moved for an order disbursing the registry funds, which consist of the net sale proceeds of the real property at 22306 Thompson Creek Road SE, Tenino, Washington 98589 (the "Thompson Creek Property"). The principal sum of $120,680.65 was deposited with the Court Registry pursuant to the January 26, 2021 Order to Authorize the Sale of the Thompson Creek Property (Dkt. No. 138).

Order Disbursing Registry Funds –
Thompson Creek Property
(Case No. 3:18-cv-05978-MJP)

1

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6547

Based on the United States' motion and the final judgment in this case (Dkt. Nos. 115, 124), it is hereby ORDERED that:

1. The United States' motion is GRANTED.

2. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $120,680.65, plus all accrued interest, minus any statutory users fees, payable to "United States Department of Justice" and referencing *United States v. Percy F. Newby*, Case No. 3:18-cv-05978-MJP (W.D. Wash.), and mail or deliver the check to:

    *(For U.S. Mail)*
    U.S. Department of Justice
    Attn: Tax FLU
    P.O. Box 310
    Ben Franklin Station
    Washington, DC 20044-0310

    *(For UPS, FedEx, or Courier)*
    U.S. Department of Justice
    Attn: Tax FLU
    555 4th Street, NW
    Room # 6647
    Washington, DC 20001

3. The United States shall use the disbursed funds to partially satisfy the federal income tax liabilities owed by Percy Newby. (*See* Dkt. Nos. 115, 124.) The United States may allocate the funds among those liabilities at its sole discretion.

Order Disbursing Registry Funds –
Thompson Creek Property
(Case No. 3:18-cv-05978-MJP)

2

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6547

IT IS SO ORDERED.

Dated this 3rd day of March, 2021.

MARSHA J. PECHMAN
United States District Judge

Presented by:

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Jennifer Y. Golden
JENNIFER Y. GOLDEN
DYLAN C. CERLING
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
Tel:  202-307-6547 (Golden)
Tel:  202-616-3395 (Cerling)
Fax: 202-307-0054
Jennifer.Y.Golden@usdoj.gov
Dylan.C.Cerling@usdoj.gov

*Attorneys for the United States of America*

Order Disbursing Registry Funds –
Thompson Creek Property
(Case No. 3:18-cv-05978-MJP)

3

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547