Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

PERCY F. NEWBY,
LAWN LIMITED,
MGMT LIMITED,
CHURCH OF GOD AND APOSTLES, and
THURSTON COUNTY,

      Defendants.

Case No. 3:18-cv-05978-MJP

**ORDER TO STAY FORECLOSURE OF YELM PROPERTY FOR 6 MONTHS**

The United States has moved for an order staying the Court's previous foreclosure order, (Dkt. No. 123), solely as to the Yelm property, for six months. Having thoroughly considered all relevant filings, the Court hereby ORDERS:

    1)    The United States' motion is GRANTED;

    2)    This Court's foreclosure order, (Dkt. No. 123), is hereby STAYED solely as to the Yelm Property, for six months from the date of this order;

Order Staying Foreclosure Of Yelm Property
For 6 Months
(Case No. 3:18-cv-05978-MJP)

1

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

1       3)    Within one week of the expiration of that six-month period, the United

2   States shall file a status report that alerts the Court to how the case is proceeding.

3   IT IS SO ORDERED.

4   Dated this 20th day of April, 2021.

5

6

7                         MARSHA J. PECHMAN
                      United States District Judge

8

9   Presented by:

10  DAVID A. HUBBERT

11  Acting Assistant Attorney General

12  /s/ Dylan Cerling
    DYLAN C. CERLING

13  JENNIFER Y. GOLDEN
    Trial Attorneys, Tax Division

14  U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station

15  Washington, D.C.  20044
    Tel:  202-307-6547 (Golden)

16  Tel:  202-616-3395 (Cerling)
    Fax: 202-307-0054

17  Jennifer.Y.Golden@usdoj.gov
    Dylan.C.Cerling@usdoj.gov

18

19  *Attorneys for the United States of America*

20

21

22

23

24  Order Staying Foreclosure Of Yelm Property   2         **U.S. Department of Justice**
    For 6 Months                                      Tax Division, Western Region
    (Case No. 3:18-cv-05978-MJP)                    P.O. Box 683
                                                 Washington, D.C.  20044
                                                 Telephone: 202-307-6547